UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO
CIVIL ACTION NO. 4:06CV-00141-EHJ

ROGER D. KIRKWOOD                                                                                        PLAINTIFF

VS.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                                      DEFENDANT

## ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner is REVERSED and this matter is REMANDED for further proceedings consistent with the  recommendation of the United States Magistrate Judge.

This is a final and appealable Order and there is no just cause for delay.

Copies:          Counsel